

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Kevin Edison Smith v. The State of Texas

Appellate case number:     01-12-00423-CR

Trial court case number:     15846

Trial court:                        344th District Court of Chambers County

      We withdraw our opinion and judgment of February 13, 1014. The appeal remains pending in this Court. It is so **ORDERED**.

**PER CURIAM**

Date:  March 12, 2014